**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6548**

---

UNITED STATES OF AMERICA,

Petitioner - Appellee,

versus

MARCEL BARNES, a/k/a Larry Kevin Brown,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CR-94-52, CA-94-1037-2)

---

Submitted: July 30, 1998          Decided: August 26, 1998

---

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Marcel Barnes, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Barnes, Nos. CR-94-52; CA-94-1037-2 (E.D. Va. Mar. 31, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Because Appellant's conviction became final in 1995 and he filed his motion on August 27, 1997, it was untimely. See Brown v. Angelone, ___ F.3d ___, 1998 WL 389030 (4th Cir. July 14, 1998) (Nos. 96-7173, 96-7205) (if conviction becomes final prior to April 24, 1996, movant must file his § 2255 motion by April 23, 1997).